## Charles Patrick Browning, Appellee, v. Alice Crolley Browning, Appellant.

### Gen. No. 45,967.

Howard T. Savage, for appellant; Euclid Louis Taylor, and Harry G. Fins, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed June 9, 1953; rehearing denied June 24, 1953; released for publication June 30, 1953.